FILED
April 01, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002529094

ROBERT HAWKINS #131159
CHAPTER 7 TRUSTEE
1849 NORTH HELM, SUITE 110
FRESNO, CALIFORNIA 93727
(559) 255-0555

Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of<br><br>JOHN L. POGUE and<br>KARREN A. POGUE,<br><br>Debtors.<br>_____/ | Case No. 10-10783-A-7F<br><br>DC No. RHT-1<br><br>**TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY**<br>11 U.S.C. §363<br><br>Date: May 5, 2010<br>Time: 9:00 a.m.<br>Dept: A |

**TO THE HONORABLE WHITNEY RIMEL, UNITED STATES BANKRUPTCY JUDGE:**

Robert Hawkins respectfully represents:

1. He is the duly appointed, qualified, and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on or about January 28, 2010, and Robert Hawkins was appointed Chapter 7 Trustee.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate is a 2002 Cadillac Escalade with an approximate value of $6,000.00.

5. The Trustee has received and offer from the debtors, John L. Pogue and Karren A. Pogue, to purchase the above-described asset for the total sum of $3,450.00. The funds have been received by the estate.

6. In deciding to accept the debtors' proposed offer, the Trustee took into consideration the fair market value of the vehicle, the costs associated with taking possession of, storing, and selling the vehicle at auction, the debtors' allowed exemption in the vehicle in the amount of $150.00, and the debtors' contention that the vehicle was actually paid for by their daughter.

7. The Trustee believes that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the Trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described asset to the debtors, John L. Pogue and Karren A. Pogue, for the total sum of $3,450.00.

**DATED**: MARCH 31, 2010

/S/
ROBERT HAWKINS,
Chapter 7 Trustee